# In the United States Court of Federal Claims

No. 19-1308C
(Filed: April 13, 2021)

```
*************************************
HVF WEST, LLC,                       *
                                     *
               Plaintiff,            *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
               Defendant,            *
                                     *
and                                  *
                                     *
LAMB DEPOLLUTION, INC.,              *
                                     *
               Defendant-Intervenor. *
*************************************
```

## ORDER

      On February 19, 2021, the United States Court of Appeals for the Federal Circuit ("Federal Circuit") issued a decision in which it reversed the court's November 22, 2019 Opinion and Order and remanded the case with instructions that the complaint be dismissed because plaintiff lacked standing.  The Federal Circuit's mandate issued on April 12, 2021.  In accordance with the Federal Circuit's decision, the court **VACATES** its November 26, 2019 judgment (ECF No. 35) and dissolves the injunction set forth in that judgment.  The clerk shall dismiss the complaint and enter judgment.

      **IT IS SO ORDERED.**

                                                 s/ Margaret M. Sweeney
                                                 MARGARET M. SWEENEY
                                                 Senior Judge